

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

Margaret M. Williams
                    **Plaintiff(s)**

vs.

Ansell, Inc., et al.
                    **Defendant(s)**

Case No.:  CCB 96 1400

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Nathan D. Adler, am a member in good standing of the bar of this Court. My bar number is 22645. I am moving the admission of LeeAnn Jones to appear *pro hac vice* in this case as counsel for Safeskin Corporation.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Georgia | 1986 |
| United States District Court, Northern District of Georgia | 1986 |
| United States Court of Appeals for Eleventh Circuit | 1986 |
| United States Supreme Court | 1995 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Nathan D. Adler | LeeAnn Jones |
| Printed Name | Printed Name |
| Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. | Powell, Goldstein, Frazer & Murphy, LLP |
| Firm | Firm |
| One South Street, 27th Floor Baltimore MD 21202 | 191 Peachtree Street, N.E. Sixteenth Floor Atlanta, Georgia 30303 |
| Address | Address |
| 410 332 8516 | 404 572 6600 |
| Telephone Number | Telephone Number |
| 410 951 6039 | 404 572 6999 |
| Fax Number | Fax Number |

*******************************************************************

## ORDER

☑ GRANTED    ☐ DENIED

12-9-02
Date

Felicia C. Cannon
**Clerk, United States District Court**
by *[signature]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2002, a copy of the foregoing Motion for Admission Pro Hac Vice of (1) Walter H. Swayze, III; (2) Kimberly A. Lapworth; (3) Peter M. Durney; and (4) LeeAnn Jones was mailed first class, postage prepaid, to:

>Plaintiffs' Steering Committee
>Latex Multi-District Litigation
>1811 Chestnut Street, Suite 105
>Philadelphia, PA 19103
>**(Document Depository)**
>
>Robert K. Jenner, Esquire
>Janet, Willoughby, Gershon, Getz & Jenner, LLC
>Woodholme Center
>1829 Reisterstown Road
>Suite 320
>Baltimore, Maryland 21208
>Telephone (410) 653-3200 / (800) 4 MED LAW
>Facsimile: (410) 653-6903
>**(Counsel for Plaintiff)**
>**rjenner@medlawlegalteam.com**
>
>David S. Shrager, Esquire
>Shrager Spivey Sachs & Weinstock
>2001 Market Street, 32nd Floor
>Philadelphia, Pennsylvania 19103-7082
>Telephone (215) 568-7771
>Facsimile: (215) 568-7495
>**(Plaintiffs' Steering Committee / Counsel for Plaintiff)**
>**dshrager@shragerlaw.com**
>
>Dianne M. Nast, Esq.
>Roda & Nast, P.C.
>801 Estelle Drive
>Lancaster, Pennsylvania 17601
>Telephone (717) 892-3000
>Facsimile: (717) 892-1200
>**(Plaintiffs' Steering Committee)**
>**dnast@rodanast.com**

175965; 1761.1

1

Ralph Knowles, Esq.
Doffermyre, Shield, Canfield, Knowles & Devine
1355 Peachtree Street N.E.
Suite 1600
Atlanta, Georgia 30309-3269
Telephone: (404) 881-8900
Facsimile: (404) 881-3007
**(Plaintiffs' Steering Committee)**
**rknowles@dsckd.com**

Alan L. Unikel, Esquire
Seyfarth Shaw
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603-5803
Telephone: (312) 269-8849
Facsimile: (312) 269-8869
**aunikel@seyfarth.com**

James A. Willhite, Jr., Esquire
Montgomery, McCracken, Walker & Rhodes
123 South Broad Street
Philadelphia, Pennsylvania 19109
Telephone: (215) 563-0650
Facsimile: (215) 772-7620
**(Defendants' Liaison Counsel/Counsel for Baxter Healthcare Corporation and Baxter International, Inc.)**
**jwillhite@mmwr.com**

Diane P. Sullivan, Esquire
Dechert
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, New Jersey 08543-5218
Telephone: (609) 620-3232
Facsimile: (609) 620-3259
**diane.sullivan@deckert.com**

Jeanine M. Kasulis, Esquire
Dechert
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, Pennsylvania 19103-2793
Telephone: (215) 994-2514
Facsimile: (215) 994-2222
**(Counsel for Baxter Healthcare Corporation and Baxter International, Inc.)**
jeanine.kasulis@dechert.com

Richard Michael Duffy, Esquire
Gardner Carton & Douglas
321 North Clark Street, Suite 3400
Chicago, Illinois 60610-4795
Telephone: (312) 245-8464
Facsimile: (312) 644-3381
**(Counsel for Ansell, Inc. and Ansell Perry Inc.)**
mduffy@gcd.com

Jeffrey Singer, Esquire
Abriel D'Orville, Esquire
Segal McCambridge Singer & Mahoney, Ltd.
330 North Wabash Avenue, Suite 200
Chicago, Illinois 60611-3603
Telephone: (312) 645-7800
Facsimile: (312) 645-7711
jsinger@smsm.com

Nathan D. Adler, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland 21201-3201
**(Counsel for Safeskin Corp.)**
nda@nqgrg.com

Donald R. Peterson, Esquire
Peterson, Johnson & Murray, S. C.
733 North Van Buren Street, 6th Floor
Milwaukee, Wisconsin 53202
Telephone: (414) 278-8800
Facsimile: (414) 347-1150
**(Counsel for Smith & Nephew, Inc. a/k/a Smith & Nephew Perry, Smith & Nephew Consolidated, Inc.)**
drpeters@pjmlaw.com

175965; 1761.1                                         3

Barry M. Epstein, Esquire
Sills Cummis Radin Tischman Epstein & Gross
1 Riverfront Plaza
Floor 10A
Newark, New Jersey 07102-5400
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
**(Counsel for Becton, Dickinson and Company a/k/a Becton-Dickinson Equipment Service Company)**
bepstein@sillscummis.com

Roger G. Perkins, Esquire
Neil, Dymott, Perkins, Brown & Frank
1010 2nd Avenue
Suite 2500
San Diego, California 92101-4959
Telephone: (619) 238-1712
Facsimile: (619) 238-1562
**(Counsel for Microflex Medical Corp.)**
rperkins@neil-dymott.com

Michael Sommerville, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, Massachusetts 02210-2037
Telephone: (617) 217-5500
Facsimile: (617) 217-5200
**(Counsel for Tillotson Corp. d/b/a Best Manufacturing and The Tillotson Rubber Company, Inc.)**
msommerville@cetcap.com

Robert N. Spinelli, Esquire
Kelley Jasons McGuire & Spinelli, L.L.P.
Centre Square West
Suite 1500
1500 Market Street
Philadelphia, Pennsylvania 19102
Telephone: (215) 854-0658
Facsimile: (215) 854-8434
**(Counsel for TK Glove Products, Inc.)**
rspinelli@kjms.com

Richard M. Barnes, Esquire
Goodell, DeVries, Leech & Gray LLP
1 South Street, Suite 2000
Baltimore, Maryland 21202-3281
Telephone: (410) 783-4004
Facsimile: (410) 783-4040
**(Counsel for Johnson & Johnson, Johnson & Johnson Medical)**
**rmb@goldlaw.com**

John Dames, Esquire
David B. Sudzus
Kelley Drye & Warren LLP
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
(312) 346-6350
**jdames@kelleydrye.com**
**dsudzus@kelleydrye.com**


_____
NATHAN D. ADLER

175965; 1761.1                                5