IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



ORIGINAL

Margaret M. Williams
    **Plaintiff(s)**

    **vs.**

Ansell, Inc., et al.
    **Defendant(s)**

Case No.: CCB 96 1400

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Nathan D. Adler, am a member in good standing of the bar of this Court. My bar number is 22645. I am moving the admission of Walter H. Swayze, III to appear *pro hac vice* in this case as counsel for Safeskin Corporation.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Commonwealth of Pennsylvania | 1990 |
| State of New Jersey | 1990 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2002, a copy of the foregoing Motion for Admission Pro Hac Vice of (1) Walter H. Swayze, III; (2) Kimberly A. Lapworth; (3) Peter M. Durney; and (4) LeeAnn Jones was mailed first class, postage prepaid, to:

        Plaintiffs' Steering Committee
        Latex Multi-District Litigation
        1811 Chestnut Street, Suite 105
        Philadelphia, PA 19103
        **(Document Depository)**

        Robert K. Jenner, Esquire
        Janet, Willoughby, Gershon, Getz & Jenner, LLC
        Woodholme Center
        1829 Reisterstown Road
        Suite 320
        Baltimore, Maryland 21208
        Telephone: (410) 653-3200 / (800) 4 MED LAW
        Facsimile: (410) 653-6903
        **(Counsel for Plaintiff)**
        **rjenner@medlawlegalteam.com**

        David S. Shrager, Esquire
        Shrager Spivey Sachs & Weinstock
        2001 Market Street, 32nd Floor
        Philadelphia, Pennsylvania 19103-7082
        Telephone: (215) 568-7771
        Facsimile: (215) 568-7495
        **(Plaintiffs' Steering Committee / Counsel for Plaintiff)**
        **dshrager@shragerlaw.com**

        Dianne M. Nast, Esq.
        Roda & Nast, P.C.
        801 Estelle Drive
        Lancaster, Pennsylvania 17601
        Telephone: (717) 892-3000
        Facsimile: (717) 892-1200
        **(Plaintiffs' Steering Committee)**
        **dnast@rodanast.com**

Ralph Knowles, Esq.
Doffermyre, Shield, Canfield, Knowles & Devine
1355 Peachtree Street N.E.
Suite 1600
Atlanta, Georgia 30309-3269
Telephone: (404) 881-8900
Facsimile: (404) 881-3007
**(Plaintiffs' Steering Committee)**
**rknowles@dsckd.com**

Alan L. Unikel, Esquire
Seyfarth Shaw
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603-5803
Telephone: (312) 269-8849
Facsimile: (312) 269-8869
**aunikel@seyfarth.com**

James A. Willhite, Jr., Esquire
Montgomery, McCracken, Walker & Rhodes
123 South Broad Street
Philadelphia, Pennsylvania 19109
Telephone: (215) 563-0650
Facsimile: (215) 772-7620
**(Defendants' Liaison Counsel/Counsel for Baxter Healthcare Corporation and Baxter International, Inc.)**
**jwillhite@mmwr.com**

Diane P. Sullivan, Esquire
Dechert
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, New Jersey 08543-5218
Telephone: (609) 620-3232
Facsimile: (609) 620-3259
**diane.sullivan@deckert.com**

Jeanine M. Kasulis, Esquire
Dechert
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, Pennsylvania 19103-2793
Telephone: (215) 994-2514
Facsimile: (215) 994-2222
**(Counsel for Baxter Healthcare Corporation and Baxter International, Inc.)**
jeanine.kasulis@dechert.com

Richard Michael Duffy, Esquire
Gardner Carton & Douglas
321 North Clark Street, Suite 3400
Chicago, Illinois 60610-4795
Telephone: (312) 245-8464
Facsimile: (312) 644-3381
**(Counsel for Ansell, Inc. and Ansell Perry Inc.)**
mduffy@gcd.com

Jeffrey Singer, Esquire
Abriel D'Orville, Esquire
Segal McCambridge Singer & Mahoney, Ltd.
330 North Wabash Avenue, Suite 200
Chicago, Illinois 60611-3603
Telephone: (312) 645-7800
Facsimile: (312) 645-7711
jsinger@smsm.com

Nathan D. Adler, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland 21201-3201
**(Counsel for Safeskin Corp.)**
nda@nqgrg.com

Donald R. Peterson, Esquire
Peterson, Johnson & Murray, S. C.
733 North Van Buren Street, 6th Floor
Milwaukee, Wisconsin 53202
Telephone: (414) 278-8800
Facsimile: (414) 347-1150
**(Counsel for Smith & Nephew, Inc. a/k/a Smith & Nephew Perry, Smith & Nephew Consolidated, Inc.)**
drpeters@pjmlaw.com

Barry M. Epstein, Esquire
Sills Cummis Radin Tischman Epstein & Gross
1 Riverfront Plaza
Floor 10A
Newark, New Jersey 07102-5400
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
**(Counsel for Becton, Dickinson and Company a/k/a Becton-Dickinson Equipment Service Company)**
bepstein@sillscummis.com

Roger G. Perkins, Esquire
Neil, Dymott, Perkins, Brown & Frank
1010 2nd Avenue
Suite 2500
San Diego, California 92101-4959
Telephone: (619) 238-1712
Facsimile: (619) 238-1562
**(Counsel for Microflex Medical Corp.)**
rperkins@neil-dymott.com

Michael Sommerville, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, Massachusetts 02210-2037
Telephone: (617) 217-5500
Facsimile: (617) 217-5200
**(Counsel for Tillotson Corp. d/b/a Best Manufacturing and The Tillotson Rubber Company, Inc.)**
msommerville@cetcap.com

Robert N. Spinelli, Esquire
Kelley Jasons McGuire & Spinelli, L.L.P.
Centre Square West
Suite 1500
1500 Market Street
Philadelphia, Pennsylvania 19102
Telephone: (215) 854-0658
Facsimile: (215) 854-8434
**(Counsel for TK Glove Products, Inc.)**
rspinelli@kjms.com

Richard M. Barnes, Esquire
Goodell, DeVries, Leech & Gray LLP
1 South Street, Suite 2000
Baltimore, Maryland 21202-3281
Telephone: (410) 783-4004
Facsimile: (410) 783-4040
**(Counsel for Johnson & Johnson, Johnson & Johnson Medical)**
rmb@goldlaw.com

John Dames, Esquire
David B. Sudzus
Kelley Drye & Warren LLP
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
(312) 346-6350
jdames@kelleydrye.com
dsudzus@kelleydrye.com

_____
NATHAN D. ADLER

175965; 1761.1                    5