IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

$50 FEE PAID
#192570
FEE NOT PAID
(SEND LETTER)

MARGARET M. WILLIAMS, R.N.
    Plaintiff(s)

vs.

SMITH & NEPHEW INC., et al.
    Defendant(s)

Case No.: CCB-96-1400

\* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, TERRI STEINHAUS REISKIN, am a member in good standing of the bar of this Court. My bar number is 05256    I am moving the admission of DONALD R. PETERSON    to appear *pro hac vice* in this case as counsel for SMITH & NEPHEW AHP, INC.

    We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Wisconsin | 1958 |
| U.S. District Court - Western District of Wisconsin | 1958 |
| U.S. District Court - Eastern District of Wisconsin | 1958 |
| Supreme Court of Wisconsin | 1958 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *(signature)* | *(signature)* |
| Signature | Signature |
| TERRI STEINHAUS REISKIN | DONALD R. PETERSON |
| Printed Name | Printed Name |
| HOGAN & HARTSON L.L.P. | PETERSON, JOHNSON & MURRAY |
| Firm | Firm |
| 555 THIRTEENTH STREET, N.W. WASHINGTON, D.C. 20004-1109 | 733 N. VAN BUREN STREET MILWAUKEE, WI 53202 |
| Address | Address |
| (202) 637-5600 | (414) 278-8800 |
| Telephone Number | Telephone Number |
| (202) 637-5910 | (414) 278-0920 |
| Fax Number | Fax Number |

*************************************************************

## ORDER

☑ GRANTED    ☐ DENIED

Date: 3-5-03

Felicia C. Cannon

Clerk, United States District Court
by: *(signature)* Tina Stavrou

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

```
       RECEIPT FOR PAYMENT
    UNITED STATES DISTRICT COURT
             for the
         DISTRICT OF MARYLAND
            BALTIMORE MARYLAND, MD

                           1192570
    ------------------------------
    RECEIVED FROM:
    PETERSON JOHNSON & MURRAY
    ------------------------------
    Case Number:

    CCB96-1400
    ------------------------------

    F/U/B/ ):

    Party ID:
    Tender Type:          CHECK

    23-885 5XX            $50.00

    Pro Hac Vice
                  $.00

       Remarks: Ck # 11225 - Donald R.
               Peterson
    ------------------------------
        Subtotal:         $50.00
    ------------------------------

    Receipt Total:        $50.00
    ==============================
    * Checks and drafts are accepted
    subject to collections and full
    credit will only be given when
    the check or draft has been
    accepted by the financial
    institution on which it was drawn.

       Date:     2/27/03
       Clerk
```