IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MARGARET M. WILLIAMS

    Plaintiff

Civil No. CCB-96-1400
Hon. Catherine C. Blake
United States District Judge

ANSELL, INC., et al.,

    Defendants.

## MOTION FOR ADMISSION PRO HAC VICE

I, **Douglas B. Pfeiffer**, am a member in good standing of the bar of this Court. My bar number is **02208**. I am moving the admission of **Vincent Lodato** to appear pro hac vice in this case as counsel for **Becton, Dickinson & Company**.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of New Jersey | 1999 |
| State of New York | 2000 |
| United States District Court For the District of New Jersey | 1999 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   The **$50.00** fee for admission *pro hac vice* is enclosed. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

Douglas B. Pfeiffer, Esquire
Church Loker & Silver P.A.
2 North Charles Street, Suite 600
Baltimore, Maryland 21201
410-539-3900 – phone
410-539-3987 – fax

PROPOSED ADMITTEE

_____
Signature

Vincent Lodato, Esquire
Sills, Cummis, Zuckerman, Radin
 Tischman, Epstein & Gross, P.A.
One Riverfront Plaza
Newark, New Jersey  07102
973-643-7000 – phone
973-643-6500 – fax

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

✓ GRANTED            DENIED

March 5, 2003
Date

Felicia C. Cannon
Clerk, United States District Court

by: _____

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                    Page 2 of 2

```
              RECEIPT FOR PAYMENT
          UNITED STATES DISTRICT COURT
                     for the
              DISTRICT OF MARYLAND
                   BALTIMORE MARYLAND, MD

                                          1192576
------------------------------------------
RECEIVED FROM:
CHURCH LOKER & SILVER PA
------------------------------------------
Case Number:

CCB96-1400
------------------------------------------

F/U/B/O:

Party ID:
Tender Type:            CHECK

63-6855XX                          $50.00

Pro Hac Vice
                  $.00

Remarks:Ck # 25884 - Vincent
        Lodato
------------------------------------------
    Subtotal:                      $50.00
------------------------------------------

Receipt Total:                     $50.00
==========================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

   Date:     2/27/03
   Clerk:       JK
```