IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARGARET M. WILLIAMS, R.N.
　　　　Plaintiff(s)        *

vs.                         *       Case No.: CCB-96-1400

SMITH & NEPHEW INC., et al.
　　　　Defendant(s)

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __TERRI STEINHAUS REISKIN__, am a member in good standing of the bar of this Court. My bar number is __05256__. I am moving the admission of __JAMES T. MURRAY, JR.__ to appear *pro hac vice* in this case as counsel for __SMITH & NEPHEW AHP, INC.__

　　We certify that:

1.　The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Wisconsin | 1974 |
| Supreme Court of Wisconsin | 1974 |
| U.S. District Court - Western District of Wisconsin | 1974 |
| U.S. District Court - Eastern District of Wisconsin | 1974 |
| U.S. Court of Appeals - Seventh Circuit | 1977 |

2.　During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3.　The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice　　　　　　　　　　　　　　Page 1 of 2



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____[signature]_____
TERRI STEINHAUS REISKIN
Printed Name

HOGAN & HARTSON L.L.P.
Firm

555 THIRTEENTH STREET, N.W.
WASHINGTON, D.C.  20004-1109
Address

(202) 637-5600
Telephone Number

(202) 637-5910
Fax Number

PROPOSED ADMITTEE

_____[signature]_____
Signature

JAMES T. MURRAY, JR.

PETERSON, JOHNSON & MURRAY
Firm

733 N. VAN BUREN STREET
MILWAUKEE, WI  53202
Address

(414) 278-8800
Telephone Number

(414) 278-0920
Fax Number

*********************************************************

## ORDER

☒ GRANTED    ☐ DENIED

__March 5, 2003__
Date

_____[signature]_____
~~United States District Judge~~ Clerk, USDC
by: Catherine M. N. Scaffidi

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                    Page 2 of 2

```
         RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
             for the
        DISTRICT OF MARYLAND
           BALTIMORE MARYLAND, MD
                              1192571
------------------------------------
RECEIVED FROM:
PETERSON JOHNSON & MURRAY
------------------------------------
Case Number:
CCB96-1400
------------------------------------
    U/B/O:

Party ID:
Tender Type:           CHECK

63-6855XX              $50.00

Pro Hac Vice
                       $.00

Remarks: Ck # 11224 - James T.
         Murray, Jr
------------------------------------
    Subtotal:          $50.00
------------------------------------
Receipt Total:         $50.00
====================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

    Date:    2/27/03
    Clerk:   JK
```