UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

March 18, 2003

Robert K. Jenner, Esquire
Janet Willoughby Gershon Getz and Jenner, LLC
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208

Robert L. Sachs, Jr., Esquire
Shrager Spivey and Sachs
Two Commerce Square, 32nd Floor
2001 Market Street
Philadelphia, Pennsylvania 19103

Michael T. Wharton, Esquire
Wharton Levin Ehrmantraut and Klein
104 West Street, P O Box 551
Annapolis, Maryland 21404-0551

Robert Alan Schwinger, Esquire
Gardner Carton and Douglas
1301 K Street, NW - Ste 900, E Twr
Washington, DC 20005-4103

Terry Michael Hackett, Esquire
Gardner Carton and Douglas
321 North Clark Street, Suite 3400
Chicago, Illinois 60610-4795

Kimberly A. Lapworth, Esquire
Segal McCambridge Singer and Mahoney, Ltd
United Plaza 30 South 17th Street
Suite 1700
Philadelphia, Pennsylvania 19103

LeeAnn Jones, Esquire
Powell Goldstein Frazer and Murphy

191 Peachtree Street NE
16th Floor
Atlanta, Georgia 30303

Peter M. Durney, Esquire
Cornell and Gollub
75 Federal Street
Boston, Massachusetts 02110

Price O. Gielen, Esquire
Neuberger Quinn Gielen Rubin and Gibber, PA
One South Street, 27th Floor
Baltimore, Maryland 21202-3282

Walter H. Swayze, III, Esquire
Segal McCambridge Singer and Mahoney, Ltd
United Plz 20 S 17th St Ste 1700
Philadelphia, Pennsylvania 19103

Bruce R. Parker, Esquire
Venable Baetjer and Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201

Douglas G. Beck, Esquire
Paul F. Donahue, Esquire
Seyfarth Shaw
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603

Donald R. Peterson, Esquire
James T. Murray, Jr., Esquire
Mary K. Wolverton, Esquire
Peterson Johnson and Murray
733 North Van Buren Street

| | |
|---|---|
| Milwaukee, Wisconsin   53202 | Vincent Lodato, Esquire |
| | Sills Cummis Zuckerman Radin |
| Paul B. Kerrigan, Esquire | Tischman Epstein and Gross, PA |
| McKissock and Hoffman | One Riverfront Plaza |
| 1700 Market Street, Suite 3000 | Newark, New Jersey   07102 |
| Philadelphia, Pennsylvania   19103 | |
| | Daniel W. Whitney, Esquire |
| Terri Steinhaus Reiskin, Esquire | Whitney and Bogris, LLP |
| Hogan and Hartson, LLP | 401 Washington Avenue, 12th Floor |
| 555 13th Street, NW | Towson, Maryland   21204 |
| Washington, DC   20004 | |
| | Donald S. Meringer, Esquire |
| John Anthony Wolf, Esquire | McCarter and English, LLP |
| Ober Kaler Grimes and Shriver | 300 East Lombard Street, Suite 1000 |
| 120 East Baltimore Street | Baltimore, Maryland   21202 |
| Baltimore, Maryland   21202-1643 | |

Douglas B. Pfeiffer, Esquire
Church Loker and Silver PA
B and O Building
2 North Charles Street, Suite 600
Baltimore, Maryland 21201

Subject: *Margaret M. Williams v. Ansell, Inc., et al.*
Civil No. CCB-96-1400

Dear Counsel:

Please be advised that a settlement conference in the above-captioned case has been scheduled for **Tuesday, September 15, 2003, at 10:00 a.m.** to be held in a courtroom to be designated in the United States Courthouse, 101 West Lombard Street, Baltimore, Maryland. You may call after noon of the preceding Friday to learn the courtroom number or check the information kiosk in the lobby when you arrive. It is required that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person. Attendance by the attorney for a party is not sufficient. *See* Local Rule 607.3. Please also be advised that the conference may take the entire day or may be extended to the next day, if necessary.

No later than **Tuesday, September 8, 2003,** I would like to receive by regular mail, not electronically, from each party a short letter candidly setting forth the following:

1. Facts you believe you can prove at trial;

2. The major weaknesses in each side's case, both factual and legal;

3. An evaluation of the maximum and minimum damage awards you believe likely;

Letter to Counsel - *Williams v Ansell*
Page 3
March 18, 2003

    4.  The history of any settlement negotiations to date; and

    5.  Estimate of attorney's fees and costs of litigation through trial.

The letters may be submitted <u>ex parte</u> and will be solely for my use in preparing for the settlement conference. I also will review the pleadings in the court file. Additionally, if you want me to review any case authorities that you believe are critical to your evaluation of the case, please identify. If you want me to review any exhibits or deposition excerpts, please attach a copy to your letter.[1]

The settlement conference process will be confidential and disclosure of confidential dispute resolution communications is prohibited. *See* 28 U.S.C. § 652(d).

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

                                        Very truly yours,

                                        /s/

                                        James K. Bredar
                                        United States Magistrate Judge

JKB/cw
cc: The Hon. Catherine C. Blake
    Court file
    Chambers file

---

[1] Please note that the American Bar Association Standing Committee on Ethics and Professional Responsibility has issued a Formal Opinion (No. 93-370) that precludes a lawyer, ABSENT INFORMED CLIENT CONSENT, from revealing to a judge the limits of the lawyer's settlement authority or the lawyer's advice to the client regarding settlement. The opinion does not preclude a judge, in seeking to facilitate a settlement, from inquiring into those matters. Therefore, please discuss these items with your client before appearing for the settlement conference.