IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| MARGARET M. WILLIAMS, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:96-cv-01400-CCB |
| ANSELL, INC., et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUBSTITUTION OF COUNSEL

The undersigned hereby consents to the substitution of Terri S. Reiskin, Esquire and the

law firm of Hogan & Hartson L.L.P. as attorneys for Defendants Smith & Nephew, Inc. and

Smith & Nephew Consolidated, Inc. on all claims in the above-captioned matter.


| _____/s/_____ | _____/s/_____ |
|---|---|
| Terri S. Reiskin, Esquire | David B. Hamilton, Esquire |
| **Substituting Attorney** | John Anthony Wolf, Esquire |
| Hogan & Hartson L.L.P. | **Withdrawing Attorneys** |
| 555 13th Street, N.W. | Ober, Kaler, Grimes & Shriver |
| Washington, D.C.  20004-1109 | A Professional Corporation |
| (202) 637-5600 | 120 East Baltimore Street |
| | Baltimore, Maryland  21202 |
| | (410) 685-1120 |
| | (signed by Terri S. Reiskin with permission |
| | of David B. Hamilton) |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of March 2003, copies of the

foregoing Substitution of Counsel were served on the following counsel of record via electronic

service:

> Michael T. Wharton, Esq.
> Victoria H. Wink, Esq.
> Wharton, Levin, Ehrmantraut & Klein
> 104 West Street
> P.O. Box 551
> Annapolis, MD  21404-0551
> Ph:  (800) 322-1984; (410) 263-5900
> Fax:  (410) 280-2230; 263-1562
> ***Counsel for Ansell, Inc. and Ansell Perry, Inc.***

> Douglas B. Pfeiffer, Esq.
> Allison L. Silvain, Esq.
> Laura A. Cellucci, Esq.
> Church, Loker & Silver PA
> 2 N. Charles Street – Suite 600
> B&O Bldg.
> Baltimore, MD  21201
> Ph:  (410) 539-3900
> Fax:  (410) 539-3987
> ***Counsel for Becton Dickinson***

> Price O. Gielen, Esq.
> Nathan D. Adler, Esq.
> Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
> One South Street, 27th Floor
> Baltimore, MD  21202-3201
> Ph:  (410) 332-8550
> Fax: (410) 332-8594
> ***Counsel for Safeskin Corporation***

> Raymond G. Mullady, Jr., Esq.
> Orrick Herrington and Sutcliffe, LLP
> 3050 K Street, N.W.
> Washington, D.C.  20007

and on the following counsel of record by first-class, postage prepaid, U.S. mail:

> Robert K. Jenner, Esq.
> JANET, WILLOUGHBY, GERSHON, GETZ & JENNER, LLC

\\\DC - 59235/0042 - 1704816 v1

1829 Reisterstown Road, Suite 320
Baltimore, MD  21208
Ph: (410) 653-3200 x1014
Fax: (410) 653-9030

David S. Shrager Esq.
Shrager, Spivey, Sachs & Weinstock
Two Commerce Square
2001 Market Street, 32nd Floor
Philadelphia, PA  19103
Ph:  (215) 568-7771
Fax:  (215) 568-7495
**Counsel for Plaintiff**

Douglas G. Beck, Esq.
Kenneth R. Landis, Esq.
Paul F. Donahue, Esq.
Alan L. Unikel, Esq.
Seyfarth Shaw Fairweather & Geraldson
55 East Monroe, Suite 4200
Chicago, IL  60603-5803
Ph:  (312) 269-8849
Fax:  (312) 269-8869
**Counsel for Baxter
Healthcare Corporation**

John A. Simon, Esq.
Gardner, Carton and Douglas LLC
1301 K Street, N.W. – Suite 900
East Tower
Washington, D.C.  20005-3317
Ph:  (202) 408-7100
Fax:  (202) 289-1504
**Counsel for Ansell, Inc. and Ansell Perry, Inc.**

Bruce R. Parker, Esq.
Venable, Baetjer & Howard LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD  21201
Ph:  (410) 244-7400
Fax:  (410) 244-7742
**Counsel for Baxter Healthcare**

Richard Michael Duffy, Esq.
Gardner Carton & Douglas

321 North Clark Street, Suite 3400
Quaker Tower
Chicago, IL  60610-4795
Ph:  (312) 245-8464
Fax:  (312) 644-3381
**_Counsel for Ansell, Inc. and Ansell Perry, Inc._**

Barry M. Epstein, Esq.
Beth Rose, Esq.
Vincent Lodato, Esq.
Sills Cummis Zuckerman Radin Tischman Epstein & Gross,
  P.A.
One Riverfront Plaza
Newark, NJ  07102-5400
Ph:  (973) 643-5899
Fax:  (973) 643-6500
**_Counsel for Becton, Dickinson and Company_**

Edward F. Houff, Esq.
Church & Houff, P.A.
B&O Building
2 North Charles Street
Suite 600
Baltimore, MD  21201
Fax:  (410) 539-3987
**Counsel for Becton, Dickinson and Company**

Jeffrey Singer, Esq.
Robert O'Malley, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL  60611
Ph:  (312) 645-7800
Fax:  (312) 645-7711
**Counsel for Safeskin Corporation**

Walter H. Swayze, III, Esq.
Kimberly A. Lapworth, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
1515 Market Street
Suite 450
Philadelphia, PA  19102
Ph:  (215) 972-8015
Fax:  (215) 972-8016
**Counsel for Safeskin Corporation**

Donald R. Peterson, Esq.
James T. Murray, Jr.
Peterson Johnson & Murray, S.C.
733 North Van Buren Street, Sixth Floor
Milwaukee, WI  53202-4767
Ph:  (414) 278-8800
Fax:  (414) 278-0920
**Counsel for Smith & Nephew Consolidated, Inc. and
   Smith & Nephew, Inc.**

David B. Hamilton, Esq.
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD  21202-1643
Fax:  (410) 547-0699
***Former Counsel for Smith & Nephew Consolidated, Inc. and Smith &***
***Nephew, Inc.***

Peter M. Durney, Esq.
Cornell & Gollub
75 Federal Street, 12th Floor
Boston, MA  02110
Ph:  (617) 482-8100
Fax: (617) 482-3917
***Counsel for Safeskin Corporation***

LeeAnn Jones, Esq.
Powell, Goldstein, Frazer & Murphy, LLP
191 Peachtree Street, N.E., 16th Floor
Atlanta, GA  30303
Ph:  (404) 572-6600
Fax: (404) 572-6999
***Counsel for Safeskin Corporation***

Robert Alan Schwinger, Esq.
Gardner Carton and Douglas
1301 K Street, N.W.
Suite 900
Washington, D.C.  20005

Donald S. Meringer, Esq.
McCarter and English, LLP
300 E. Lombard Street
Suite 1000
Baltimore, MD  21202

_____/s/_____
Terri S. Reiskin