# SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
ATTORNEYS AT LAW

UNITED PLAZA
30 SOUTH 17TH STREET, SUITE 1700
PHILADELPHIA, PENNSYLVANIA 19103
(215) 972-8015
(215) 972-8016 FAX

KIMBERLY A. LAPWORTH
*DIRECT DIAL: (215) 636-4344*
*E-MAIL: KLAPWORTH@SMSM.COM*

OFFICES IN:
*CHICAGO*
*ANN ARBOR*
*AUSTIN*
*PHILADELPHIA*
*PRINCETON*

April 11, 2003

The Honorable Catherine C. Blake
Judge, United States District Court
 for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

     RE:    <u>Margaret Williams v. Safeskin Corporation, et al.</u>
               United States District Court for The District of Maryland
               Civil Action No. CCB-96-1400
               Our File No.: 6805.609

Dear Judge Blake:

      As you are aware, we are National Counsel for Defendant, Safeskin Corporation and, by agreement among the Defendants, have been designated as primary defense counsel in this case. In accord with the Case Management Order Governing Post-Remand Discovery which was entered on March 14, 2003, please accept this correspondence as a brief Status Report in the above-referenced matter.

      Since the Status Conference on March 13, 2003, the parties have proceeded with case-specific discovery. Namely, Plaintiff's deposition was taken on March 17, 2003 and the deposition of Plaintiff's allergist, Jose Muniz, M.D. was started on March 28, 2003.

      In addition, the depositions of Plaintiff's supervisor and the Employee Health Nurse at Frederick Memorial Hospital have been scheduled for May 21, 2003; the deposition of Plaintiff's supervisor at Homecall has been scheduled for May 22, 2003; and the deposition of Plaintiff's primary care physician, Gene Ashe, M.D. has been scheduled for May 23, 2003.

The Honorable Catherine C. Blake
April 11, 2003
Page 2

We are still waiting for Plaintiff to provide supplemental responses to Defendants' Revised Merits Interrogatories and Requests for Production of Documents and, we anticipate that we will receive Plaintiff's supplemental responses shortly given your request to Mr. Jenner to provide it within thirty (30) days at the Status Conference on March 13, 2003.

Finally, since the Status Conference, Baxter Healthcare Corporation and Kendall International, Inc. have entered into settlement agreements with Plaintiff, and therefore are no longer parties to this action.

Respectfully submitted,

Kimberly A. Lapworth
*Attorney for Safeskin Corporation*

KAL/jcs
cc: All Counsel