# SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
ATTORNEYS AT LAW

UNITED PLAZA
30 SOUTH 17TH STREET, SUITE 1700
PHILADELPHIA, PENNSYLVANIA 19103
(215) 972-8015
(215) 972-8016 FAX

KIMBERLY A. LAPWORTH
DIRECT DIAL: (215) 636-4344
E-MAIL: KLAPWORTH@SMSM.COM

*OFFICES IN:*
*CHICAGO*
*ANN ARBOR*
*AUSTIN*
*BALTIMORE*
*NEW YORK*
*PHILADELPHIA*
*PRINCETON*

June 17, 2003

The Honorable Catherine C. Blake
Judge, United States District Court
 for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

    **RE:**   **Margaret Williams v. Safeskin Corporation, et al.**
            **United States District Court for the District of Maryland**
            **Civil Action No. CCB-96-1400**
            **Our File No.: 6805.609**

Dear Judge Blake:

    As you are aware, we are National Counsel for Defendant, Safeskin Corporation and, by agreement among the Defendants, have been designated as primary defense counsel in this case. In accord with the Case Management Order Governing Post-Remand Discovery, which was entered on March 14, 2003, please accept this correspondence as a brief Status Report in the above-referenced matter.

    Since our last Status Report of April 11, 2003, the parties have proceeded with case-specific discovery. Defendants have completed the deposition of Plaintiff's allergist, Jose Muniz, M.D. In addition, Defendants have taken the deposition of Plaintiff's primary care physician, Gene Ashe, M.D., the deposition of Plaintiff's Supervisor at Frederick Memorial Hospital, Diane Bocchino, R.N. the Employee Health Manager at Frederick Memorial Hospital, Barbara Christoff, R.N., and Plaintiff's Supervisor at HomeCall, (Plaintiff's most recent employer), Cheryl Martin, R.N.

    Defendants may wish to depose Leonard Bienkowski, M.D., an Emergency Room doctor at Frederick Memorial Hospital that treated Plaintiff in April of 1993 as well as fact witnesses identified by Plaintiff. In addition, Defendants may wish to have an independent medical examination of the Plaintiff performed by August 29, 2003 in accord with the Case Management Order governing post-remand discovery in this matter.

The Honorable Catherine C. Blake
June 17, 2003
Page 2

      Finally, please be advised that the Defendants remaining as parties to this action are Safeskin Corporation, Becton Dickinson, Ansell Perry and Smith & Nephew.

      Thank you for your time and attention.

                                Respectfully submitted,

                                *Kimberly A. Lapworth*

                                Walter H. Swayze, III
                                Kimberly A. Lapworth
                                *Attorneys for Safeskin Corporation*

WHS/KAL/me
cc:    All Counsel