UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JUL 16  P 3:31

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

Reply to Northern Division Address

July 16, 2003

Robert K. Jenner
Janet Willoughby Gershon Getz and Jenner LLC
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208

Re:   Case No. CCB 96-1400

Dear Counsel/Party:

The Clerk received your Plaintiff Margaret M. Williams' Expert Disclosure Statement on 7/15/03; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
- ☐ Member of Bar of this Court has not signed pleading.
- ☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
- ☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
- ☐ Discovery motions, responses and replies to motions must be filed **with original and two copies**.
- ☐ Depositions not to be filed unless in support of a motion.
- ☒ Discovery material received.
- ☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
- ☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
- ☐ Certificate of Service not affixed to pleading.
- ☐ Certificate of Service not dated.
- ☐ Certificate of Service not signed.
- ☐ Attachments or exhibits missing.
- ☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**
- ☐ Pleading does not contain original signature(s).
- ☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
- ☐ Incorrect caption or civil action number. Unable to match with case.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☐ Pleading or paper must be filed electronically.
- ☐ Other. _____

Very truly yours,

_____
Judge Catherine C. Blake
United States District Judge

cc: Other counsel/party

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov