IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| MARGARET M. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:96-CV-1400 CCB |
| | ) |
| ANSELL, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST SMITH & NEPHEW AHP, INC. AND SMITH & NEPHEW CONSOLIDATED, INC.**

As a result of a settlement agreement reached between the parties, plaintiff Margaret M. Williams, by her undersigned counsel, hereby stipulates and agrees to the dismissal with prejudice of all claims against Smith & Nephew AHP, Inc., formerly known as Smith & Nephew, Inc. and Smith & Nephew Consolidated, Inc.  Each party shall bear its own costs.

Respectfully submitted,

    /s/
David S. Shrager
SHRAGER SPIVEY & SACHS
Two Commerce Square
2001 Market Street, 32nd Floor
Philadelphia, PA  19103
(215) 568-7771

\\\DC - 59235/0043 - 1727817 v1

                                                            /s/
                                     Robert K. Jenner
                                     JANET, WILLOUGHBY, GERSHON, GETZ &
                                        JENNER, LLC
                                     1829 Reisterstown Road, Suite 320
                                   Baltimore, MD  21208
                                   (410) 653-3200
                                   Fax: (410) 653-9030

                                   Attorneys for Plaintiff
                                   (Signed copy of document bearing the signatures of
                                   David S. Shrager and Robert K. Jenner is being
                                   maintained in the office of Terri S. Reiskin)


                                                       /s/
                                   Terri S. Reiskin (05256)
                                   HOGAN & HARTSON L.L.P.
                                   555 13th Street, N.W.
                                   Washington, D.C.  20004
                                   (202) 637-8279
                                   Fax: (202) 637-5910

                                   Donald R. Peterson
                                   James T. Murray
                                   PETERSON, JOHNSON & MURRAY
                                   733 North Van Buren Street
                                   Milwaukee, Wisconsin  53202
                                   414-278-8800

                                   Attorneys for Defendants Smith & Nephew
                                    AHP, Inc. and Smith & Nephew Consolidated, Inc.


SO ORDERED:


_____
Honorable Catherine C. Blake
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2003, copies of the foregoing Stipulation of Dismissal of All Claims Against Smith & Nephew AHP, Inc. and Smith & Nephew Consolidated, Inc. were served by first class mail, postage prepaid, on the following counsel of record:

Richard Michael Duffy, Esq.
Gardner Carton & Douglas
Quaker Tower, Suite 3400
321 North Clark Street
Chicago, Illinois 60610-4795
Ph:  (312) 245-8464
Fax:  (312) 644-3381
**Counsel for Ansell Healthcare Products**

Vincent Lodato, Esq.
Stuart Feinblatt, Esq.
Sills Cummis Zuckerman Radin Tischman
Epstein & Gross, P.A.
One Riverfront Plaza
Newark, New Jersey 07102-5400
Ph:  (973) 643-5899
Fax:  (973) 643-6500
**Counsel for Becton, Dickinson & Company aka Becton-Dickinson Equipment Service Co.**

David Shrager, Esq.
Shrager Spivey & Sachs
Two Commerce Square
2001 Market Street, 32nd Floor
Philadelphia, PA  19103
Ph:  (215) 568-7771
Fax:  (215) 568-7495
**Plaintiff's Lead Counsel**

Robert K. Jenner, Esq.
Janet, Willoughby, Gershon, Getz & Jenner, LLC
1829 Reisterstown Road, Suite 320
Baltimore, MD  21208
**Counsel for Plaintiffs**

Douglas B. Pfeiffer
Church, Loker & Silver, P.A.
2 North Charles Street
The B&O Building, Suite 600
Baltimore, MD  21201
**Counsel for Becton Dickinson & Co., aka Becton-Dickinson Equipment Service Co.**

Michael T. Wharton
Wharton, Levin, Ehrmantraut, Klein & Nash
104 West Street, P.O. Box 551
Annapolis, MD  21404-0551
**Counsel for Ansell, Inc. and Ansell Perry, Inc.**

Walter Swayze, III, Esq.
Kimberly A. Lapworth, Esq.
Segal, McCambridge Singer & Mahoney, Ltd.
1515 Market Street, Suite 1720
Philadelphia, PA  19102
**Counsel for Safeskin Corp.**

/s/
Terri S. Reiskin