IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARGARET WILLIAMS

CIVIL ACTION NO. CCB-96-1400

v.

SAFESKIN CORPORATION, et al.

### STIPULATION OF DISMISSAL

AND NOW this __18__ day of __November__, 2003, it is hereby **STIPULATED** and **AGREED** that all claims against Defendant Safeskin Corporation in the above-referenced matter are hereby **DISMISSED** with prejudice.

_____   Date: 10/23/03
Walter H. Swayze, III, Esquire
**SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**
*Attorney for Defendant*
*Safeskin Corporation*


_____   Date: 10/06/03
David S. Shrager, Esquire
**SHRAGER SPIVEY & SACHS**
Two Commerce Square, 32nd Floor
2001 Market Street
Philadelphia, PA 19103
*Attorney for Plaintiff*

BY THE COURT:

_____
The Honorable Catherine C. Blake